UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2895
_____

IN RE: NIASPAN ANTITRUST LITIGATION


A.G.C. Building Trades Welfare Plan;
City of Providence, Rhode Island;
Electrical Workers 242 and 294 Health & Welfare Fund;
International Union of Operating Engineers Local 49 Health and Welfare Fund;
International Union of Operating Engineers Local 132 Health and Welfare Fund;
New England Electrical Workers Benefits Fund;
Painters District Council No. 30 Health & Welfare Fund;
United Food & Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund; Miles Wallis; Carol Prasse,
           Appellants
_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(D.C. No. 2-13-md-02460)
District Judge:  Honorable Timothy J. Savage
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, Circuit Judges

   The petition for rehearing filed by appellants in the above-entitled case having

been submitted to the judges who participated in the decision of this Court and to all the

other available circuit judges of the circuit in regular active service, and no judge who

concurred in the decision having asked for rehearing, and a majority of the judges of the

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is DENIED.

                                                  BY THE COURT

                                                  s/ Kent A. Jordan
                                                  Circuit Judge

DATE: June 5, 2023
Tmm/cc: All Counsel of Record